■ MICHAEL CIKOJA, Appellant, v ALAN R. ELSTEIN, Respondent. [916 NYS2d 503]—

Judgment, Supreme Court, Bronx County (Sallie Manzanet-Daniels, J.), entered October 5, 2009, dismissing the complaint, and bringing up for review an order, same court and Justice, entered July 21, 2009, which denied plaintiff's motion to set aside the jury verdict, unanimously affirmed, without costs.

The verdict was based on a fair interpretation of the evidence; issues of credibility are for the jury, whose resolution thereof is entitled to deference (see Crespo v Chan, 54 AD3d 621 [2008]). There was ample evidence from which the jury could fairly infer that plaintiff was not credible and did not sustain a serious injury to his right shoulder as a result of the 2003 automobile accident.

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Tom, J.P., Saxe, DeGrasse, Freedman and Román, JJ.